JACKSON CO. et al. v. GARDINER INV. CO.

GARDINER INV. CO. v. JACKSON CO. et al.

(Circuit Court of Appeals, First Circuit. August 15, 1912.)

Nos. 984, 985.

Courts (§ 405*)—Circuit Court of Appeals—Record—Amendment.

The rule applied that the Circuit Court of Appeals is without jurisdiction to allow an amendment of the record as sent up by the trial court.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 1097–1099; Dec. Dig. § 405;* Appeal and Error, Cent. Dig. §§ 156, 3302, 3386.

Jurisdiction of Circuit Court of Appeals in general, see notes to Law Ow Bew v. United States, 1 C. C. A. 6; United States Freehold Land & Emigration Co. v. Gallegos, 32 C. C. A. 475.]

Cross-Appeals from the District Court of the United States for the District of New Hampshire; Edgar Aldrich, Judge.

Suit in equity by the Gardiner Investment Company against the Jackson Company and others, in which there were cross-appeals. On petition by complainant for amendment of record. Denied.

See, also, 200 Fed. 113.

Tyler & Young and Burton E. Eames, for complainant.

Peabody, Arnold, Batchelder & Luther and Streeter, Demond & Woodworth, for defendants.

Before COLT and PUTNAM, Circuit Judges, and BROWN, District Judge.

PER CURIAM. We are of the opinion that this court is without jurisdiction to allow the petition for the proposed amendment, and

that no reasons are presented which would justify an order remanding the case to the District Court. See Nashua & Lowell R. Corp. v. Boston & L. R. Corp., 61 Fed. 237, 245, 9 C. C. A. 468; Mossberg et al. v. Nutter, 124 Fed. 966, 60 C. C. A. 98; Greene v. United Shoe Machinery Co., 124 Fed. 961, 60 C. C. A. 93; Smith v. Weeks, 53 Fed. 758, 3 C. C. A. 644.

Petition denied.